585 A.2d 401

VALERIE SEXTON AND FRANK SEXTON v. NEW JERSEY
BELL TELEPHONE COMPANY.

October 16, 1990.

Petition for certification denied.

585 A.2d 401

BERGEN BARREL & DRUM CO. v. ARMIN CORPORATION.

October 16, 1990.

Petition for certification denied.

585 A.2d 401

NEWARK BETH ISRAEL MEDICAL CENTER v.
GRUZEN AND PARTNERS.

October 16, 1990.

Petition for certification granted.